UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRIAN K. JONES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:07-cv-317 |
| ) | *Phillips* |
| ) | |
| CORP. BILL FANCHER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

        s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT